B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Indiana | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):<br>V-Tech Engineering, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>35-1934053 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>118 E. Wabash Street<br>Bluffton, IN                           ZIP Code<br>46714 | Street Address of Joint Debtor (No. and Street, City, and State):                            ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Wells | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                            ZIP Code | Mailing Address of Joint Debtor (if different from street address):                            ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**V-Tech Engineering, Inc.** | |
|---|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**V-Tech Engineering, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

**Wesley N. Steury 467-02**
Printed Name of Attorney for Debtor(s)

**Burt, Blee, Dixon, Sutton & Bloom, LLP**
Firm Name

**200 East Main Street**
**Suite 1000**
**Fort Wayne, IN 46802**
Address

Email: wsteury@burtblee.com
**260-426-1300  Fax: 260-422-3750**
Telephone Number

**March 3, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Bo F. Alstoft**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 3, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re  V-Tech Engineering, Inc.
                                        Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Action Equipment Sales Co., Inc.<br>5801 Harding Street<br>Indianapolis, IN 46217 | Action Equipment Sales Co., Inc.<br>5801 Harding Street<br>Indianapolis, IN 46217 | Business Purchases | | 8,190.25 |
| Airgas USA, LLC<br>4935 New Haven Ave.<br>Fort Wayne, IN 46803 | Airgas USA, LLC<br>4935 New Haven Ave.<br>Fort Wayne, IN 46803 | Business Purchases | | 11,626.30 |
| Alro Steel Corporation<br>24876 Network Place<br>Chicago, IL 60673-1248 | Alro Steel Corporation<br>24876 Network Place<br>Chicago, IL 60673-1248 | Business Purchases | | 38,120.99 |
| Bluffton Utilities<br>128 E. Market St.<br>Bluffton, IN 46714 | Bluffton Utilities<br>128 E. Market St.<br>Bluffton, IN 46714 | Utility service | | 6,196.40 |
| Dell Business Credit<br>Payment Processing Center<br>P.O. Box 5275<br>Carol Stream, IL 60197-5275 | Dell Business Credit<br>Payment Processing Center<br>P.O. Box 5275<br>Carol Stream, IL 60197-5275 | Business Purchases | | 7,251.24 |
| Indiana Michigan Power<br>P.O. Box 24412<br>Canton, OH 44701-4412 | Indiana Michigan Power<br>P.O. Box 24412<br>Canton, OH 44701-4412 | Utility service | | 8,449.15 |
| J.R. Hoe & Sons, Inc.<br>P.O. Box 1737<br>Middlesboro, KY 40965 | J.R. Hoe & Sons, Inc.<br>P.O. Box 1737<br>Middlesboro, KY 40965 | Business Purchases | | 15,422.10 |
| Joseph T. Ryerson & Son, Inc.<br>227 West Monroe Street, 27th Floor<br>Chicago, IL 60606 | Joseph T. Ryerson & Son, Inc.<br>227 West Monroe Street, 27th Floor<br>Chicago, IL 60606 | Business Purchases | | 88,475.91 |
| Ken-Mac Metals<br>Dept. 2726<br>Carol Stream, IL 60132-2726 | Ken-Mac Metals<br>Dept. 2726<br>Carol Stream, IL 60132-2726 | Business Purchases | | 40,727.68 |
| O'Neal Steel, Inc.<br>744 41st Street N.<br>Birmingham, AL 35222 | O'Neal Steel, Inc.<br>744 41st Street N.<br>Birmingham, AL 35222 | Business Purchases | | 24,838.13 |

B4 (Official Form 4) (12/07) - Cont.

In re  V-Tech Engineering, Inc. 
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Omax Corporation<br>P.O. Box 200119<br>Pittsburgh, PA 15251-0119 | Omax Corporation<br>P.O. Box 200119<br>Pittsburgh, PA 15251-0119 | Business Purchases | | 7,434.46 |
| Phoenix Metals<br>P.O. Box 932589<br>Atlanta, GA 31193-2589 | Phoenix Metals<br>P.O. Box 932589<br>Atlanta, GA 31193-2589 | Business Purchases | | 27,597.00 |
| R&L Truckload Service<br>7290 College Parkway, Suite 200<br>Fort Myers, FL 33907 | R&L Truckload Service<br>7290 College Parkway, Suite 200<br>Fort Myers, FL 33907 | Business Service | | 12,885.00 |
| TFE Transmission & Fluid Equipment<br>Dept. 78749<br>P.O. Box 78000<br>Detroit, MI 48278-0749 | TFE Transmission & Fluid Equipment<br>Dept. 78749<br>P.O. Box 78000<br>Detroit, MI 48278-0749 | Business Purchases | | 14,720.54 |
| Thunder Tool Corporation<br>2800 S. 18th Avenue<br>Broadview, IL 60155 | Thunder Tool Corporation<br>2800 S. 18th Avenue<br>Broadview, IL 60155 | Business Purchases | | 5,771.52 |
| Tristate Machinery, Inc.<br>129 S. Wheeling Rd.<br>Wheeling, IL 60090 | Tristate Machinery, Inc.<br>129 S. Wheeling Rd.<br>Wheeling, IL 60090 | Business Purchases | | 29,035.26 |
| Van-Packer<br>P.O. Box 706<br>Effingham, IL 62401 | Van-Packer<br>P.O. Box 706<br>Effingham, IL 62401 | Business Purchases | | 24,266.25 |
| Weishaupt America, Inc.<br>2587 Millennium Dr., Unit A<br>Elgin, IL 60124-7894 | Weishaupt America, Inc.<br>2587 Millennium Dr., Unit A<br>Elgin, IL 60124-7894 | Business Purchases | | 30,238.38 |
| Wells Fargo Bank<br>101 S. Main St.<br>Bluffton, IN 46714 | Wells Fargo Bank<br>101 S. Main St.<br>Bluffton, IN 46714 | Business Loan | | 15,039.45 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 3, 2015**                    Signature  _____

                                           **Bo F. Alstoft**
                                           **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 15-10404-reg    Doc 1    Filed 03/05/15    Page 5 of 16

(6/2010)

## United States Bankruptcy Court
### Northern District of Indiana

In re   V-Tech Engineering, Inc.
                              Debtor(s)

Case No. _____
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March 3, 2015**

_____
**Bo F. Alstoft/President**
Signer/Title

INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE, ROOM N-240
INDIANAPOLIS, IN 46204-2217


INTERNAL REVENUE SERVICE
IRS INSOLVENCY GROUP 3
575 N. PENNSYLVANIA STREET
STOP SB380
INDIANAPOLIS, IN 46204


ACADIAN ENGINEERING, LTD.
UNIT 1C WEST MAINS IND ESTATE
GRANGEMOUTH, SCOTLAND FK3 8YE


ACTION EQUIPMENT SALES CO., INC.
5801 HARDING STREET
INDIANAPOLIS, IN 46217


ADAMSWELLS
2351 N. MAIN STREET
P.O. BOX 38
CRAIGVILLE, IN 46731


AFLAC, INC.
1932 WYNNTON RD.
COLUMBUS, GA 31999


AIRGAS USA, LLC
4935 NEW HAVEN AVE.
FORT WAYNE, IN 46803


ALRO STEEL CORPORATION
24876 NETWORK PLACE
CHICAGO, IL 60673-1248


AMADA AMERICA
3689 SOLUTIONS CENTER
CHICAGO, IL 60677-3006

AMADA CAPITAL CORPORATION
7025 FIRESTONE BLVD.
BUENA PARK, CA 90621


AMO
P.O. BOX 10506
FORT WAYNE, IN 46852


AT&T
P.O. BOX 5080
CAROL STREAM, IL 60197-5080


BLUFFTON GLASS
1010 NORTH MAIN STREET
BLUFFTON, IN 46714


BLUFFTON UTILITIES
128 E. MARKET ST.
BLUFFTON, IN 46714


BLUHM & REBER
3663 N. 600 W.
DECATUR, IN 46733


CAMPBELL BADER, LLP
2624 DUNWIN DRIVE, SUITE 1
MISSISSAUGA, ON L5L3T5


CANADA BORDER SERVICES AGENCY
4285 INDUSTRIAL DRIVE
WINDSOR, ON N9C3R9


CHICAGO TUBE & IRON COMPANY
27281 NETWORK PLACE
CHICAGO, IL 60673-1281

CINTAS CORPORATION
P.O. BOX 630910
CINCINNATI, OH 45263-0910


CORPORATION SERVICE COMPANY
P.O. BOX 13397
PHILADELPHIA, PA 19101-3397


DELL BUSINESS CREDIT
PAYMENT PROCESSING CENTER
P.O. BOX 5275
CAROL STREAM, IL 60197-5275


ECHO GLOBAL LOGISTICS, INC.
ACCOUNTS RECEIVABLE
22168 NETWORK PLACE
CHICAGO, IL 60673-1221


FASTENAL COMPANY
P.O. BOX 978
WINONA, MN 55987-1286


FIRST BANK OF BERNE
102 W. MAIN ST.
P.O. BOX 369
BERNE, IN 46711


G&L CORPORATION
3101 BROOKLYN AVENUE
FORT WAYNE, IN 46809


GENERAL INSURANCE AGENCY, INC.
1030 N. MAIN ST.
P.O. BOX 275
BLUFFTON, IN 46714


GIVE AND GO PREPARED FOODS CORP.
6650 FINCH AVENUE WEST
TORONTO, ON M9W5Y6

GMA GARNET GROUP
1800 HUGHES LANDING, SUITE 350
THE WOODLANDS, TX 77380


GOOGLE, INC.- ADWS
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043


HAKE INDUSTRIAL, INC.
2220 LIMA PLANK PARKWAY
FORT WAYNE, IN 46818


HIDAY CHRYSLER-DODGE JEEP
1791 N. MAIN ST.
BLUFFTON, IN 46714


INDIANA MICHIGAN POWER
P.O. BOX 24412
CANTON, OH 44701-4412


INTERNAL REVENUE SERVICE
C/O UNITED STATES OF AMERICA
1111 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20220


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 21126
PHILADELPHIA, PA 19114-0326


J.R. HOE & SONS, INC.
P.O. BOX 1737
MIDDLESBORO, KY 40965


JOSEPH T. RYERSON & SON, INC.
227 WEST MONROE STREET, 27TH FLOOR
CHICAGO, IL 60606

KAEHR EXCAVATING, INC.
0340 N 600 W.
DECATUR, IN 46733


KEN-MAC METALS
DEPT. 2726
CAROL STREAM, IL 60132-2726


KENDALL ELECTRIC, INC.
P.O. BOX 671121
DETROIT, MI 48267-1121


KIRK NATIONALEASE
P.O. BOX 4369
SIDNEY, OH 45365


KMH SUPPLY COMPANY
1720 SPRUCE ST.
P.O. BOX 698
DEFIANCE, OH 43512


LINDER OIL COMPANY, INC.
820 INDUSTRIAL PARKWAY
OSSIAN, IN 46777


MACALLISTER RENTAL, LLC
DEPT. 78731
P.O. BOX 78000
DETROIT, MI 48278-0731


MAXON A. HONEYWELL CO.
P.O. BOX 2068
MUNCIE, IN 47307-0068


METAL SUPERMARKETS
5400 DISTRIBUTION DRIVE
FORT WAYNE, IN 46825

MSC INDUSTRIAL SUPPLY CO.
DEPT. CH. 0075
PALATINE, IL 60055-0075


MYERS CPA GROUP, P.C.
923 NORTHCREST BUSINESS CENTER
SUITE 5D
FORT WAYNE, IN 46805


NEFF ENGINEERING COMPANY, INC.
DEPT. 6081
CAROL STREAM, IL 60122-6081


NORTHERN INDIANA PUBLIC SERVICE CO.
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007


O'NEAL STEEL, INC.
744 41ST STREET N.
BIRMINGHAM, AL 35222


OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
5137 ROBERT J. KENNEDY BLVD.
10TH & CONSTITUTION AVE., N.W.
WASHINGTON, DC 20530


OMAX CORPORATION
P.O. BOX 200119
PITTSBURGH, PA 15251-0119


ORGANIC SQUARE
355 NASSAU ROAD
COSTA MESA, CA 92626


OSWALT REALTY
2035 COMMERCE DR.
BLUFFTON, IN 46714

PARRISH LEASING, INC.
5104 OLD MAUMEE RD.
FORT WAYNE, IN 46803


PHOENIX METALS
P.O. BOX 932589
ATLANTA, GA 31193-2589


PRAXAIR DISTRIBUTION, INC.
DEPT. CH 10660
PALATINE, IL 60055-0660


PROGRESSIVE TOOL & DIE, INC.
210 E. CLEVELAND ST.
P.O. BOX 40
DELPHOS, OH 45833


QUILL CORPORATION
P.O. BOX 37600
PHILADELPHIA, PA 19101-0600


R&L TRUCKLOAD SERVICE
7290 COLLEGE PARKWAY, SUITE 200
FORT MYERS, FL 33907


REPUBLIC SERVICES
6231 MACBETH RD.
FORT WAYNE, IN 46809


SAGINAW CONTROL & ENGINEERING
95 MIDLAND ROAD
SAGINAW, MI 48603


SALZER USA CORPORATION
P.O. BOX 21240
MESA, AZ 85277-1240

SAMUEL W. JARJOUR, ATTORNEY AT LAW
701 S. CLINTON ST., SUITE 316
FORT WAYNE, IN 46802


STATE OF INDIANA
OFFICE OF THE ATTORNEY GENERAL
INDIANA GOV. CENTER SOUTH
402 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204


STATE OF INDIANA
STATE OFFICE BUILDING
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204


TFE TRANSMISSION & FLUID EQUIPMENT
DEPT. 78749
P.O. BOX 78000
DETROIT, MI 48278-0749


THE CHANTLAND COMPANY
8313 SOLUTIONS CENTER
CHICAGO, IL 60677-8003


THUNDER TOOL CORPORATION
2800 S. 18TH AVENUE
BROADVIEW, IL 60155


TILLER SANITATION
479 N. 1000 W.
FARMLAND, IN 47340


TOWN OF MONROEVILLE
104 ALLEN STREET
MONROEVILLE, IN 46773


TRISTATE MACHINERY, INC.
129 S. WHEELING RD.
WHEELING, IL 60090

```
UL, LLC
75 REMITTANCE DRIVE, SUITE 1524
CHICAGO, IL 60675-1524


UNITED STATES ATTORNEY'S OFFICE
NORTHERN DISTRICT OF INDIANA
3128 FEDERAL BUILDING
1300 SOUTH HARRISON STREET
FORT WAYNE, IN 46802


VAN-PACKER
P.O. BOX 706
EFFINGHAM, IL 62401


WALMART PAYMENT RECOVERY SERVICES
P.O. BOX 30184
TAMPA, FL 33630-3184


WAYNE BLACK OXIDE
4505 EXECUTIVE BLVD.
FORT WAYNE, IN 46808


WEISHAUPT AMERICA, INC.
2587 MILLENNIUM DR., UNIT A
ELGIN, IL 60124-7894


WELLS FARGO BANK
101 S. MAIN ST.
BLUFFTON, IN 46714
```

# United States Bankruptcy Court
## Northern District of Indiana

In re: **V-Tech Engineering, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **V-Tech Engineering, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 5, 2015**
Date

**/s/ Wesley N. Steury**
**Wesley N. Steury 467-02**
Signature of Attorney or Litigant
Counsel for **V-Tech Engineering, Inc.**
Burt, Blee, Dixon, Sutton & Bloom, LLP
200 East Main Street
Suite 1000
Fort Wayne, IN 46802
260-426-1300 Fax:260-422-3750
wsteury@burtblee.com